## THE DOXFORD.

*(District Court, D. Oregon.* February 28, 1882.)

DEADY, D. J. This is a suit *in rem* to recover $29 as half pilotage, for a tender and refusal of pilot service between Astoria and Portland, under circumstances similar to those of the foregoing case. The same defence was made in this case as in that, and they were argued and submitted together.

The exception is sustained and the libel dismissed.